ANNIE S. BERRY, Appellant, v. J. SILVERMAN, Respondent.

**St. Louis Court of Appeals, February 2, 1915.**

Berry v. McConnell, *ante,* p. 673, followed.

Appeal from St. Louis County Circuit Court.—*Hon. John W. McElhinney,* Judge.

AFFIRMED.

*Sam D. Hodgdon* and *R. H. Stevens* for appellant.

*J. C. Kiskaddon* and *A. H. Kiskaddon* for respondent.

NORTONI, J.—The question in judgment in this case is identical with that involved in the case of Berry v. McConnell, *ante,* p. 673, 173 S. W. 100 (decided today).

By stipulation of the parties, the case was submitted on the same abstracts and briefs and it is to abide the judgment in the case above referred to.

The judgment should, therefore, be affirmed on the authority of Berry v. McConnell, supra. It is so ordered. *Reynolds, P. J.,* and *Allen, J.,* concur.